**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01104-CV

## IN THE INTEREST OF A.L.S., A CHILD

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 79,649**

## ORDER

We **DENY** as moot appellant's September 10, 2014 motion for an extension of time to

file an affidavit of indigence.

/s/     ELIZABETH LANG-MIERS
        JUSTICE